EAA

RECEIVED

MAY 05 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

margaret Faulkner

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 17c 3442
Judge Manish S. Shah
Magistrate Judge Sheila M. Finnegan
PC 9

(To be supplied by the Clerk of this Court)

Cook county Jail

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Margaret Faulkner

B. List all aliases: ____

C. Prisoner identification number: 20170126069

D. Place of present confinement: J2 DiV 4 cook county Jail

E. Address: 2600 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook county Jail

Title: Cook County Jail

Place of Employment: ____

B. Defendant: cook county Jail

Title: Cook County Jail

Place of Employment: ____

C. Defendant: Cook County Jail

Title: Cook County Jail

Place of Employment: ____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

NA

G. Basic claim made: living in a none liveable Jail a unhealthy Place

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I margaret Faullcner have been here
Since Jan 26th 2017 and this Jail
Div 4 is not livable its bugs[1] it's
also mold[2] In the Shower and and
the rooms the food[3] is not eatable
the ceiling has a hole[4] in it
and water is coming for it
I have seen 3 mice[5] and a Spider[6]
Its something such as a gas[7] smell
coming from the vents that cause
me to have head aches shotness
of breath chest pains and more
I have never been in Jail in
this place is not fit for a
human being to be house in
I also dont have any hot[7] water
in my call and its cold[8]
they always have the air on in
only give us 1 blanket

I never lived like this its bugs mole no hot water and holes in the ceciling this food is not eatable the cells are very cold and the Officers are so disrespectful the blankets are not always clean in I have broke out from them many times it's nets mice, spiders and more I just need something to be done they shouldnt get away with treating people this way Div 4 should be closed down

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I just want the court to hear my side of the Story cause something needs to be done for my pain and suffering and I want to be compensate

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 25th, 2017

Margaret Faulkner
(Signature of plaintiff or plaintiffs)

Margaret Faulkner
(Print name)

20170126069
(I.D. Number)

939 N. Ridgeway Chicago, IL
(Address)



Revised 9/2007